HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DeFORGE MARITIME TOWING, LLC, a Washington Limited Liability Company, and DOUBLE EMC MARINE, LLC,<br><br>          Plaintiffs,<br><br>v.<br><br>ALASKA LOGISTICS, LLC, a Washington limited liability company, and ALLYN G. LONG, an individual<br><br>          Defendants. | IN ADMIRALTY<br><br>No. 2:20-cv-01085-JLR  **JLR**<br><br>**STIPULATED MOTION AND ORDER TO CONTINUE**<br><br>NOTE FOR MOTION CALENDAR:<br>January 18, 2022 |

## STIPULATED MOTION

Plaintiffs DeForge Maritime Towing, LLC and Double EMC Marine, LLC ("Plaintiffs") and Defendants Alaska Logistics LLC and Allyn G. Long ("Defendants") jointly request that the Court modify the case scheduling order (Dkt. 22) to continue the deadline to file dispositive motions and motions challenging expert witness testimony by one (1) week. The Parties do not request a continuance of the trial date or other pre-trial deadlines at this time.

In accordance with LCR 10(g), the Parties state the following reasons justifying the proposed schedule change:

1. This admiralty action involves alleged breaches of two (2) Time Charter Agreements between the Parties in 2018 and 2019. Plaintiffs have asserted claims for breach of contract, account stated, and negligence for unpaid charter hire and damages allegedly sustained by the barge, THELMA 302, while the vessel was chartered by Defendants. Defendants deny these allegations.

2. The Parties worked cooperatively to complete discovery. The discovery deadline passed on January 3, 2022.

3. The Parties are currently engaging in settlement discussions, and Defendants already made a conditional settlement payment. A final settlement agreement, however, has not yet been reached.

4. Plaintiff DeForge Maritime Towing, LLC is heavily involved in business projects which caused some delays with the negotiations.

5. Although the Parties both believe that this case involves questions of contract interpretation that may be appropriate for the Court to address on summary judgment, the Parties agree that filing dispositive motions on the current January 18, 2022 dispositive motion deadline may hinder the ongoing settlement discussions.

6. Accordingly, the Parties request that the Court continue the deadline to file dispositive motions and motions challenging expert witness testimony by one (1) week to January 25, 2022.

7.      If helpful for the Court, the Parties also stipulate and agree to alter the briefing deadline and file dispositive motions as Third Friday motions, to allow the Court more time to rule on any dispositive motions before trial, if applicable.

WHEREFORE, the Parties respectfully request that the Court modify the case scheduling order (Dkt. 22) as provided below:

| Event | Current Date | Proposed Date |
|---|---|---|
| All Dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | January 18, 2022 | **January 25, 2022** |
| Settlement conference held no later than | February 17, 2022 | February 17, 2022 |
| All motions in limine must be filed by All motions in limine shall be filed as one motion | March 7, 2022 | March 7, 2022 |
| Agreed pretrial order due | March 28, 2022 | March 28, 2022 |
| Deposition Designations must be submitted to the court (not filed on CM/ECF) by: (*see* LCR 32(e)) | March 30, 2022 | March 30, 2022 |
| Pretrial conference to be held at 02:00 PM on | April 4, 2022 | April 4, 2022 |
| Trial brief and proposed findings of fact and conclusions of law by: Motions raised in trial briefs will not be considered | April 11, 2022 | April 11, 2022 |
| **BENCH TRIAL DATE** | April 18, 2022 | April 18, 2022 |

DATED this 18th day of January, 2022.

HOLMES, WEDDLE, & BARCOTT, PC              LE GROS BUCHANAN & PAUL

*/s/Lafcadio H. Darling*                              */s/ Daniel J. Park*
LAFCADIO DARLING, WSBA #29963          DANIEL J. PARK, WSBA # 43748

STIPULATED MOTION TO CONTINUE – Page 3
Case No. 2:20-cv-01085-JLR

| | |
|---|---|
| 3101 Western Avenue, Suite 500<br>Seattle, WA 98121<br>T: 206.292.8008<br>ldarling@hwb-law.com<br>**Attorney for Plaintiffs** | */s/Dustin Hamilton*<br>DUSTIN HAMILTON, WSBA #40451<br>4025 Delridge Way S.W., Suite 500<br>Seattle, Washington 98106<br>206-623-4990<br>dpark@legros.com<br>dhamilton@legros.com<br>**Attorneys for Defendants** |

STIPULATED MOTION TO CONTINUE – Page 4
Case No. 2:20-cv-01085-JLR

**[PROPOSED] ORDER**   JLR

It is so Ordered.

Dated this 18th day of January, 2022.

*[signature]*

JAMES L. ROBART
United States District Judge

Presented by:

*/s/Daniel J. Park*
DANIEL J. PARK, WSBA #43748
*/s/Dustin Hamilton*
DUSTIN HAMILTON, WSBA #40451
LEGROS BUCHANAN & PAUL
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106
Email:          dpark@legros.com
                dhamilton@legros.com
***Attorneys for Defendants***

STIPULATED MOTION TO CONTINUE – Page 5
Case No. 2:20-cv-01085-JLR