THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEFORGE MARITIME TOWING, LLC, a Washington limited liability company, AND DOUBLE EMC MARINE, LLC,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>ALASKA LOGISTICS, LLC; a Washington limited liability company, and ALLYN G. LONG, individually,<br><br>　　　　Defendants. | IN ADMIRALTY<br><br>No. 2:20-cv-01085-JLR<br><br>**STIPULATION AND [~~PROPOSED~~]   JLR ORDER TO DISMISS DOUBLE EMC MARINE LLC** |

## **STIPULATION**

WHEREAS

1.　This matter arises from a claim by Plaintiff DeForge Maritime Towing LLC against Defendants for charter hire and damages related to the use and operation of the barge THELMA while the vessel was under a time charter to Alaska Logistics;

2.　Plaintiff Double EMC Marine LLC is the owner of the THELMA, which is currently bare boat chartered to Plaintiff DeForge Maritime Towing LLC;

3.　All damages are being claimed by DeForge Maritime Towing LLC and therefore the inclusion of Double EMC as a party is not necessary; and

4. Defendants, while they contest both liability and damages on the merits, agree and stipulate that they will not assert any defense to the claims herein based on failure to name the real party in interest or that DeForge is the improper party to claim the alleged damages, or any similar defenses.

THEREFORE, based on the above recitals, the undersigned parties, by and through their counsel of record, make a stipulated motion that Plaintiff Double EMC Marine LLC be dismissed as a Plaintiff in this action, without prejudice and without award of fees or costs.

DATED this 11th day of February 2022.

| LE GROS BUCHANAN & PAUL | HOLMES WEDDLE & BARCOTT, PC |
|---|---|
| By: /s Daniel J Park <br> Dustin C. Hamilton, WSBA #40451 <br> Daniel J. Park, WSBA #43748 <br> 4025 Delridge Way SW, Suite 500 <br> Seattle, WA 98106-1271 <br> Phone: (206) 623-4990 <br> Fax: (206) 467-4828 <br> Email: dhamilton@legros.com <br>         dpark@legros.com | By: s/Lafcadio H Darling <br> Lafcadio Darling, WSBA #29963 <br> 3101 Western Avenue, Suite 500 <br> Seattle, WA 98121-3071 <br> Email: ldarling@hwb-law.com <br> klavoie@hwb-law.com |
| Attorneys for Defendants | Attorneys for Plaintiffs |

**STIPULATED MOTION AND ORDER
TO DISMISS DOUBLE EMC MARINE - 2**
No. 2:20-cv-01085-JLR

# ORDER

Pursuant to the Parties' stipulation, and in accordance with Rule 41(a), Plaintiff Double EMC Marine LLC is hereby dismissed as a plaintiff in this action, without prejudice and without award of fees and costs.

DATED this __12th__ day of February 2022.

_____
HONORABLE JAMES L. ROBART

Presented by:

HOLMES WEDDLE & BARCOTT, PC

_s/ Lafcadio H Darling_____
Lafcadio Darling, WSBA #29963
3101 Western Avenue #500
Seattle WA 98121
Phone: 206-292-8008
Fax:  206-340-0869
ldarling@hwb-law.com

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct copy
of the foregoing was sent to Counsel for Defendants
☐ via the ECF system per LCR5(f).
☒ via email only per Electronic Service Agreement to:
dhamilton@legros.com; dpark@legros.com;
gflanagan@legros.com; aarceneaux@legros.com
for Dustin C. Hamilton, WSBA #40451
    Daniel J. Park, WSBA #43748
    4025 Delridge Way SW, Suite 500
    Seattle, WA 98106-1271
    Phone: (206) 623-4990
DATED this 11th day of February at Seattle, Washington.
by:     _/s Lafcadio H Darling____
         Lafcadio Darling

STIPULATED MOTION AND ORDER
TO DISMISS DOUBLE EMC MARINE - 3
No. 2:20-cv-01085-JLR