UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEFORGE MARITIME TOWING, LLC, et al., | CASE NO. C20-1085JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ALASKA LOGISTICS, LLC, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

This matter is being tried to the bench, with opening arguments set to begin on April 18, 2022.  (11/2/20 Min. Order (Dkt. # 13).)  The court's scheduling order regarding trial and related dates directed the parties to submit proposed findings of fact and conclusions of law by April 11, 2022.  (*See id.* at 2.)  Finding that good cause exists to alter the existing deadline for the parties to submit proposed findings of fact and

MINUTE ORDER - 1

1   conclusions of law, the court ORDERS Plaintiff[1] DeForge Maritime Towing, LLC and

2   Defendants Alaska Logistics, LLC and Allyn Long (collectively, "Defendants") to file

3   (1) proposed findings of fact and conclusions of law and (2) proposed judgments by no

4   later than 12:00 pm on March 30, 2022.

5          Filed and entered this 23rd day of February, 2022.

6                                              RAVI SUBRAMANIAN
                                               Clerk of Court
7
                                               s/ Ashleigh Drecktrah
8                                              Deputy Clerk

9

10

11

12

13

14

15

16

17

18

19

20

21

22
    ─────────────────────
    [1] Based on a stipulation by the parties, the court recently dismissed Plaintiff Double EMC
    Marine, LLC from this action.  (*See* 2/12/22 Order (Dkt. # 33); Stip. Mot. (Dkt. # 32).)

MINUTE ORDER - 2