THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEFORGE MARITIME TOWING, LLC, a Washington limited liability company, AND DOUBLE EMC MARINE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ALASKA LOGISTICS, LLC; a Washington limited liability company, and ALLYN G. LONG, individually,<br><br>Defendants. | IN ADMIRALTY<br><br>No. 2:20-cv-01085-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**     JLR |

## STIPULATION

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff DeForge Maritime Towing, LLC ("Plaintiff") and Defendants Alaska Logistics, LLC and Allyn G. Long ("Defendants"), through their respective counsel, hereby stipulate to the dismissal of all remaining claims asserted in this action, with prejudice and without fees and costs, for the reason that the parties have reached a final settlement in this matter.  The claims asserted by Double EMC Marine, LLC and the counterclaims asserted by Defendants were previously dismissed by stipulation

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL – Page 1
(Cause No. 2:20-cv-01085-JLR )

1  on February 12, 2022 (Dkt. Nos. 33) and November 10, 2021 (Dkt. 24). With this stipulation,

2  all claims have been resolved and no claims remain for the Court's adjudication.

3       DATED this 18th day of March, 2022.

| LE GROS BUCHANAN & PAUL | HOLMES WEDDLE & BARCOTT, PC |
|---|---|
| By: *s/ Dustin C. Hamilton* <br> By: *s/ Daniel J. Park* <br> Dustin C. Hamilton, WSBA #40451 <br> Daniel J. Park, WSBA #43748 <br> 4025 Delridge Way SW, Suite 500 <br> Seattle, WA 98106-1271 <br> Phone: (206) 623-4990 <br> Fax: (206) 467-4828 <br> Email: dhamilton@legros.com <br>      dpark@legros.com <br><br> *Attorneys for Defendants* | By: *s/ Lafcadio Darling (via email authorization)* <br> By: *s/ Josh Casperson (via email authorization)* <br> Lafcadio Darling, WSBA #29963 <br> Josh Casperson, WSBA #14292 <br> 3101 Western Avenue, Suite 500 <br> Seattle, WA 98121-3071 <br> Email: ldarling@hwb-law.com <br>      jcasperson@hwb-law.com <br><br> *Attorneys for Plaintiffs* |

**ORDER**

Pursuant to the foregoing stipulation, all remaining claims asserted in this action are dismissed with prejudice and without fees and costs to either party.

DATED this 18th day of March, 2022.

_____
HONORABLE JAMES L. ROBART

*Presented by:*

LE GROS BUCHANAN & PAUL

By: *s/ Daniel J. Park*
　　Dustin C. Hamilton, WSBA #40451
　　Daniel J. Park, WSBA #43748
　　4025 Delridge Way SW, Suite 500
　　Seattle, WA 98106-1271
　　Phone: (206) 623-4990
　　Fax: (206) 467-4828
　　Email: dhamilton@legros.com
　　　　　 dpark@legros.com

*Attorneys for Defendants*